Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Wells Fargo Bank, N.A., Solely As
Trustee for Bear Stearns Asset Backed
Securities I, LLC, Green Point Mortgage
Funding Trust 2006-AR1,
Mortgage Pass-Through Certificates,
Series 2006-AR1

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROLLIN LAZZARONE, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., NATIONAL DEFAULT SERVICING COMPANY, an Arizona corporation, <br><br> Defendants. | Case No. 3:17-cv-00086-RCJ-VPC <br><br> **STIPULATION TO DISMISS, WITH PREJUDICE** |

    Plaintiff Rollin Lazzarone, Defendant Wells Fargo Bank, N.A., Solely As Trustee for Bear Stearns Asset Backed Securities I, LLC, Green Point Mortgage Funding Trust 2006-AR1, Mortgage Pass-Through Certificates, Series 2006-AR1, and Defendant National Default Servicing Corporation, by and through their undersigned counsel of record, hereby stipulate as follows:

    (1)    all claims asserted (or which could have been asserted) by Plaintiff in this action shall be dismissed **with** prejudice;

    (2)    the parties hereto shall each bear their own costs and attorneys' fees incurred in connection with this action; and,

///

///

(3) Consistent with the foregoing, all proceedings (whether discovery or otherwise) shall be vacated, and the Clerk of the Court shall close this case.

DARBY LAW PRACTICE, LTD.

*/s/ Kevin A. Darby*

Kevin A. Darby, Esq.
Nevada Bar No. 7670
Tricia M. Darby, Esq.
Nevada Bar No. 7956
4777 Caughlin Parkway
Reno, Nevada 89519
Tel:  (775) 322-1237
Fax:  (775) 996-7290
Email: kad@darbylawpractice.com
Attorneys for Plaintiff
Rollin Lazzarone

Dated: March 28th, 2017.

SMITH LARSEN & WIXOM

*/s/*

Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax:  (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
Wells Fargo Bank, N.A., Solely As
Trustee for Bear Stearns Asset Backed
Securities I, LLC, Green Point Mortgage
Funding Trust 2006-AR1,
Mortgage Pass-Through Certificates,
Series 2006-AR1

Dated: March 28, 2017.

TIFFANY & BOSCO, P.A.

*/s/ Gregory L. Wilde*

Gregory L. Wilde, Esq.
Nevada Bar No. 4417
212 S. Jones Boulevard
Las Vegas, Nevada 89107
Tel:  (702)
Fax:  (702)
Email: glw@tblaw.com
Attorneys for Defendant
National Default Servicing Corporation

Dated: March 28, 2017.

**ORDER**

**IT IS SO ORDERED** this April 5, 2017.

_____
UNITED STATES DISTRICT JUDGE

- 2 -